**Order entered August 7, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00897-CV

### RIYAAZ TAYOB, Appellant

### V.

### QUARTERSPOT, INC., Appellee

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-00667-2015**

## ORDER

We **GRANT** court reporter Claudia Webb's August 4, 2015 request for extension of time

to file the reporter's record and **ORDER** the record be filed no later than September 18, 2015.


/s/     CRAIG STODDART
         JUSTICE